UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 12-CR-20452-MOORE

UNITED STATES OF AMERICA,

vs.

GILBERTO SANTIESTEBAN SR.,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATIONS

This cause has been referred to the undersigned to take all necessary and proper action as required with respect any violations of Supervised Release as to Defendant Gilberto Santiesteban, Sr. (ECF No. 1011). Upon referral from District Court Judge K. Michael Moore, the matter was set for a telephonic status conference for the purpose of setting an evidentiary hearing on the violations (ECF No. 1013).

A status conference was conducted on May 13, 2022. The hearing was attended by defense counsel, government counsel, and U.S. Probation Officer Carles; defendant Santiesteban appeared but requires a Spanish interpreter, so his granddaughter listened to the hearing in his stead. Defense counsel represented that no evidentiary hearing would be required, as Defendant has indicated his intention to admit the violations alleged in the Petition (ECF No. 1007).

Accordingly, and upon counsel's representation of Defendant's intention to admit all of the charged violations, it is the recommendation of the undersigned that the Court accept Defendant's admission of guilt and find him guilty of the Supervised Release Violations as charged; and set this matter for a final revocation hearing on the violations.

1

The parties will have seven[1] calendar days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Pursuant to Fed. R. Crim. P. 59(b), Eleventh Circuit Rule 3-1, and accompanying Internal Operating Procedure 3, the parties are hereby notified that failure to object in accordance with 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions. *See Thomas v. Arn*, 474 U.S. 140 (1985).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 16th day of May, 2022.

LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc:   The Honorable K. Michael Moore
      Counsel of record

---

[1] The period to object is here shortened because the Parties agreed to the recommendation herein.